**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Eric D. Fareri | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Christina M. Fareri | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number    23-12644
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ 210,000.00
   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ 79,813.83
   1c. Copy line 63, Total of all property on Schedule A/B.................................................................. $ 289,813.83

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 276,893.07

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. $ 0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... $ 113,471.13

   **Your total liabilities** $ 390,364.20

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................. $ 8,699.48

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................ $ 8,141.72

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ■ Yes

7. **What kind of debt do you have?**
   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to

| | |
|---|---|
| Debtor 1 Eric D. Fareri | |
| Debtor 2 Christina M. Fareri | Case number *(if known)* 23-12644 |

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ 12,958.11

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 35,187.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 35,187.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Eric D. Fareri | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Christina M. Fareri | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number   23-12644
(if known)

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim | *Column C* Unsecured portion If any |
|---|---|---|---|---|
| 2.1 | U.S. Department of Housing and Urban Dev | $41,927.24 | $207,000.00 | $0.00 |

**Creditor's Name**
Attn: Marcia Fudge, Secretary
40 Marietta Street
Atlanta, GA 30303-2806
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
321 Bergen Ave. Bellmawr

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   2nd Mortgage

**Date debt was incurred**  ___   **Last 4 digits of account number**   6483

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $41,927.24 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $41,927.24 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
Attorney General
United States Department of Jusitce
Ben Franklin Station
P O Box 683
Washington, DC 20044

On which line in Part 1 did you enter the creditor?   2.1

Last 4 digits of account number   ___

| Debtor 1 | Eric D. Fareri | | | Case number (if known) | 23-12644 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Christina M. Fareri | | | | |
| | First Name | Middle Name | Last Name | | |

[ ]   Name, Number, Street, City, State & Zip Code
     ISN Corporation
     Attn: Kaitlyn Rush, Default Specialist
     2000 N. Classen Blvd., Suite 3200
     Oklahoma City, OK 73106

On which line in Part 1 did you enter the creditor?  2.1

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
     United States Attorney
     Peter Rodino Federal Building
     970 Broad Street, Suite 700
     Newark, NJ 07102

On which line in Part 1 did you enter the creditor?  2.1

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Eric D. Fareri |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Christina M. Fareri |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 23-12644 |

■ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.
   ☐ Yes.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|
| 4.1 | Rancocas Anesthesiology | Last 4 digits of account number | 9711 | $325.40 |
| | Nonpriority Creditor's Name | | | |
| | 201 Route 17 North, 8th Floor | When was the debt incurred? | 09/26/22 | |
| | Rutherford, NJ 07070 | | | |
| | Number Street City State Zip Code | | | |

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only    ☐ Contingent
■ Debtor 2 only    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    Medical Bills

Debtor 1  Eric D. Fareri
Debtor 2  Christina M. Fareri
Case number (if known)  23-12644

| 4.2 | University of Pennsylvania Hospital / | Last 4 digits of account number | 5187 | $110.28 |

Nonpriority Creditor's Name
Univ. of Penn Health System
Attn: Patient Billing
3400 Spruce Street
Philadelphia, PA 19104
Number Street City State Zip Code

When was the debt incurred? 05/25/22

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Medical Bills

### Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Penn Credit Corporation
2800 Commerce Drive
P O Box 69703
Harrisburg, PA 17110

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Rancocas Anethesiology PA
P O Box 4603
Lancaster, PA 17604-4603

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.1 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

### Part 4: Add the Amounts for Each Type of Unsecured Claim

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|  |  | Total Claim |
|---|---|---|
| 6a. | Domestic support obligations | 6a. $ 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $ 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ 0.00 |

**Total claims from Part 2**

|  |  | Total Claim |
|---|---|---|
| 6f. | Student loans | 6f. $ 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 435.68 |
| 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ 435.68 |

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 2 of 2

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | Eric D. Fareri | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Christina M. Fareri | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | 23-12644 | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Eric D. Fareri                    X /s/ Christina M. Fareri
Eric D. Fareri                          Christina M. Fareri
Signature of Debtor 1                   Signature of Debtor 2

Date  April 29, 2023                    Date  April 29, 2023