**The Law Offices of S. Daniel Hutchison**
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

---

| In re: | : | UNITED STATES BANKRUPTCY COURT |
| --- | --- | --- |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| Eric D. Fareri | : | CAMDEN VICINAGE |
| Christina M. Fareri | : |  |
|  | : | CHAPTER 13 |
| Debtors. | : | CASE NO: 23-12644/JNP |

## WITHDRAWAL DOCUMENT

Please take notice that the **Modified Chapter 13 Plan** filed in the above captioned matter on April 29, 2023 (Docket Entry No. 16) is hereby withdrawn.

Date: 05/08/23                                                                 /s/S. Daniel Hutchison
                                                                                          S. Daniel Hutchison, Esq.
                                                                                          Attorney for Debtors