**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          2 Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    Eric D. Fareri
         Christina M. Fareri

Case No..:    23-12644
Judge:        Jerrold N. Poslusny, Jr.

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original                ■ Modified/Notice Required        Date: _____
☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

■ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY

1

SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  SDH        Initial Debtor:  EDF        Initial Co-Debtor  CMF

## Part 1: Payment and Length of Plan

a. The debtor shall pay $555.00 Monthly for 55 months to the Chapter 13 Trustee, starting on April 01, 2023 for approximately 55 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection   ■ NONE

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b. Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___ (creditor).

c. Adequate protection payments will be made in the amount of $ 1,496.40 to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: Pnc Mortgage (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Isabel C. Balboa, Esq. Trustee | Administrative | 3,052.50 |
| S. Daniel Hutchison, Esq. SH-6931 | Attorney Fees | 4,750.00 |

  b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
    ■ None
    ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

  The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Pnc Mortgage | 321 Bergen Ave. Bellmawr | 2,992.80 | 0.00 | 2,992.80 | 1,496.40 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ■ NONE

  1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

**the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Diamond Resorts Financial Services | Diamond Club Resorts 7500 Points | 3,000.00 | 9,677.02 |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
Ford Motor Credit
U.S. Department of Housing and Urban Dev
Westlake Portfolio Management, LLC

**g. Secured Claims to be Paid in Full Through the Plan** ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims       ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $___ to be distributed *pro rata*

☐    Not less than ___ percent

■    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases     X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions  ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☐ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Capital One Bank (USA) N.A. | 321 Bergen Ave. Bellmawr | Judgment Lien, Discharged 2018 Chapter 7 | 1,696.97 | 207,000.00 | 12,050.77 | 193,252.26 | 1,696.97 |
| Slomin's Inc | 321 Bergen Ave. Bellmawr | Judgment Lien, Discharged 2018 Chapter 7 | 1,287.00 | 207,000.00 | 12,050.77 | 193,662.23 | 1,287.00 |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   - ■ Upon Confirmation
   - ☐ Upon Discharge

    **b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

    The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

    **d. Post-Petition Claims**

    The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ■ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: 03/31/2023.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The debtors are modifying their Chapter 13 Plan to disclose that HUD is unaffected by the Plan and to resolve the Trustee's Objection to Confirmation of Plan. | The debtors propose to extend the length of their Plan from 36 months to 55 months. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
.



.

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  May 6, 2023         /s/ Eric D. Fareri
                           Eric D. Fareri
                           Debtor

Date:  May 6, 2023         /s/ Christina M. Fareri
                           Christina M. Fareri
                           Joint Debtor

Date   May 6, 2023         /s/ S. Daniel Hutchison, Esq.
                           S. Daniel Hutchison, Esq. SH-6931
                           Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 23-12644-JNP
Eric D Fareri                                                                                            Chapter 13
Christina M Fareri
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                 Page 1 of 7
Date Rcvd: May 08, 2023         Form ID: pdf901               Total Noticed: 152

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric D Fareri, Christina M Fareri, 321 Bergen Avenue, Bellmawr, NJ 08031-1635 |
| 519877314 | + | Advocare Allergy and Asthma, Re: 1118264, 409 Kings Highway South, Cherry Hill, NJ 08034-2512 |
| 519877313 | | Advocare Allergy and Asthma, Re: 1118264, E Main Street, Marlton, NJ 08053 |
| 519877315 | + | Advocare Olivio Dermatology Center, Re: 1118264, 201 Haddon Ave., Haddon Township, NJ 08108-2860 |
| 519877322 | + | Andrew Sklar, Esq., Re: CAM SC-001297-19, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 519877323 | + | Arcadia Recovery Bureau LLC, PO Box 6768, Reading, PA 19610-0768 |
| 519877324 | | Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 519904240 | + | Attorney General, United States Department of Jusitce, Ben Franklin Station, P O Box 683, Washington, DC 20044-0683 |
| 519877327 | + | Bromley Neurology PC, 739 S. White Horse Pike Suite # 1, Audubon, NJ 08106-1659 |
| 519877328 | | Bromley Neurology PC, Attn 25115W, PO Box 14000, Belfast, ME 04915-4033 |
| 519877331 | + | Children Hospital of Philadelphia, PO Box 788017, Philadelphia, PA 19178-8017 |
| 519877332 | + | Childrens Hospital of Philadelphia, Attn: Patient Billing, 3401 Civic Center Blvd., Philadelphia, PA 19104-4319 |
| 519877338 | + | Complete Collection Service, Re: 88810975187, 1007 N. Federal Hwy, #280, Fort Lauderdale, FL 33304-1422 |
| 519877340 | + | Cooper University Health Care, ATTN Patient Billing / Bankruptcy Dept, Re: # 2451534, One Cooper Plaza, Camden, NJ 08103-1461 |
| 519877339 | + | Cooper University Health Care, ATTN Patient Billing / Bankruptcy Dept, Re: #1344694, One Cooper Plaza, Camden, NJ 08103-1461 |
| 519877341 | + | Cooper University Health Care, ATTN Patient Billing / Bankruptcy Dept, Re: #2410070, One Cooper Plaza, Camden, NJ 08103-1461 |
| 519877343 | + | Cooper University Health Care, Attn: Patient Billing, Re: # 2451534, PO Box 2090, Morrisville, NC 27560-2090 |
| 519877345 | + | Cooper University Health Care, Attn: Patient Billing, Re: #1344694, PO Box 2090, Morrisville, NC 27560-2090 |
| 519877344 | + | Cooper University Health Care, Attn: Patient Billing, Re: #2410070, PO Box 2090, Morrisville, NC 27560-2090 |
| 519877342 | + | Cooper University Health Care, Attn: Patient Billing, Re: 1344694, PO Box 2090, Morrisville, NC 27560-2090 |
| 519877348 | | Diamond Resorts Financial Services, PO Box 8758, Pompano Beach, FL 33075-8758 |
| 519877350 | + | Dr. Enrico A Marcelli, DO, 63 Kresson Road, Cherry Hill, NJ 08034-3200 |
| 519877352 | + | Express Claims, Inc., 2360 Lakewood Road, Toms River, NJ 08755-1929 |
| 519877353 | | Express Claims, Inc., 5105 Route 33, 2nd Floor, Suite G, Farmingdale, NJ 07727-4004 |
| 519877354 | #+ | Fed Loan Servicing, Attn: Bankruptcy Dept, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519877357 | + | First Electronic Bank/gfscs, Attn: Bankruptcy Dept, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519877358 | + | First National Bank/Legacy/Ccs, Attn: Bankruptcy Dept, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 519877362 | + | Foot & Ankle Center, Ganttown Professional Plaza, 438 Ganttown Rd, Ste B4, Sewell, NJ 08080-1887 |
| 519877367 | + | Goldman & Warshaw P.C., Re: DC-000376-09, PO Box 2500, Caldwell, NJ 07007-2500 |
| 519877368 | + | Goldman & Warshaw PC, Re: DC-000376-09, 34 Maple Ave. Suite 101, Pine Brook, NJ 07058-9394 |
| 519904241 | + | ISN Corporation, Attn: Kaitlyn Rush, Default Specialist, 2000 N. Classen Blvd., Suite 3200, Oklahoma City, OK 73106-6034 |
| 519877373 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 519877374 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519877376 | + | Jefferson Health, Attn: Patient Accounts, 615 Chestnut Street, 14th Floor, Philadelphia, PA 19106-4495 |
| 519877375 | + | Jefferson Health, Att: Billing/Bankruptcy Dept., 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 519877383 | + | LVNV Funding, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 519877377 | | Labcorp, Attn: Paitent Billing, Re: 54957291, 531 Maple Ave., Burlington, NC 27215 |
| 519877394 | | Optum Medical Care of NJ PC, Re: 450408091, PO Box 95000-7510, Philadelphia, PA 19195-7510 |
| 519877403 | | PSE&G, Attn: Bankruptcy Dept. and/or, Julianna Lambert, Spec. Credit & Collect, P O Box 709, Newark, NJ 07101-0709 |
| 519877395 | | Pastemack Pediatric Dental, 1 Britton Place, Suite 11, Voorhees, NJ 08043-2514 |
| 519877397 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519877396 | | Penn Medicine, UPHS Physicians Patient Pay, P O Box 8244406, Philadelphia, PA 19182-4406 |
| 519877401 | | ProCo, Re: Rothman Account, 700 Turner Way, Suite 160, Aston, PA 19014 |

| | | |
|---|---|---|
| 519877405 | + | Quality Asset Recovery, Re: Cooper Health System, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519904243 | + | Rancocas Anesthesiology, 201 Route 17 North, 8th Floor, Rutherford, NJ 07070-2597 |
| 519904244 | | Rancocas Anethesiology PA, P O Box 4603, Lancaster, PA 17604-4603 |
| 519877410 | | Reconstructive Orthopedics PA, 4A Eves Drive, Suite 100, Marlton, NJ 08053 |
| 519877415 | + | Rothman Institute, Attn: Bankruptcy Department, 925 Chestnut St. 5th floor, Philadelphia, PA 19107-4290 |
| 519877419 | | Slomin's Inc, Attn: Customer Billing/Bankruptcy Dept, PO Box 1886, Hicksville, NY 11802-1886 |
| 519877420 | + | South Jerse Radiology Assoc, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519877421 | + | South Jersey Radiology Assoc, Re: CAM SC-001297-19, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519877422 | + | South Jersey Radiology Associates, Attn: Patient Billing, 1307 White Horse Road, Ste A102, Voorhees, NJ 08043-2100 |
| 519877425 | + | Summit Surgical Center, 200 Bowman Drive, Suite D160, Voorhees, NJ 08043-9633 |
| 519877431 | + | Synchrony Bank/Network/HHGregg, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877434 | + | Trugreen, Re: 7006444128, 1790 Kirby Pkwy, Suite 300, Germantown, TN 38138-7411 |
| 519904245 | + | U.S. Department of Housing and Urban Dev, Attn: Marcia Fudge, Secretary, 40 Marietta Street, Atlanta, GA 30303-2812 |
| 519878038 | + | U.S. Department of Housing and Urban Development, 40 Marietta Street, Atlanta, GA 30303-2812 |
| 519877439 | + | Virtua, Re: 2104117622, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519877438 | + | Virtua, Attn: Bankruptcy Department, 303 Lippincott Drive, Marlton, NJ 08053-4160 |
| 519877440 | + | Virtua Health Systems, Attn: Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054-3920 |
| 519877443 | + | Webbank/Gettington Credit Card, Attn: Bankruptcy Dept, PO Box 1250, Saint Cloud, MN 56395-0001 |
| 519877444 | + | West Jersey Aesthesia Assoc, Re: WJA 265986, 1000 White Horse Road, Suite 204, Voorhees, NJ 08043-4408 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519877319 | ^ | MEBN | May 08 2023 20:28:38 | AMCOL Systems, Inc., Re: 50081723, PO Box 21625, Columbia, SC 29221-1625 |
| 519877318 | ^ | MEBN | May 08 2023 20:28:40 | AMCOL Systems, Inc., Re: 38917855, PO Box21625, Columbia, SC 29221-1625 |
| 519877316 | + | Email/Text: backoffice@affirm.com | May 08 2023 20:35:00 | Affirm, Inc., Attn: Bankruptcy Dept, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519904233 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 08 2023 20:49:50 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519877317 | + | Email/Text: ally@ebn.phinsolutions.com | May 08 2023 20:33:00 | Ally Financial, Inc, Attn: Bankruptcy Dept, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519877321 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 08 2023 20:34:00 | AmeriCredit/GM Financial, Attn: Bankruptcy Dept, Po Box 183853, Arlington, TX 76096-3853 |
| 519877320 | + | Email/PDF: bncnotices@becket-lee.com | May 08 2023 20:49:48 | American First Finance/Finwise, Attn: Bankruptcy Dept, Po Box 565848, Dallas, TX 75356-5848 |
| 519877323 | ^ | MEBN | May 08 2023 20:29:56 | Arcadia Recovery Bureau LLC, PO Box 6768, Reading, PA 19610-0768 |
| 519877325 | + | Email/Text: rperez@arcadiarecovery.com | May 08 2023 20:35:00 | Arcadia Recovery Bureau LLC, 645 Penn St. 4th floor, Reading, PA 19601-3559 |
| 519877326 | + | Email/Text: bk@avant.com | May 08 2023 20:35:00 | Avant, Attn: Bankruptcy Dept, Po Box 9183380, Chicago, IL 60691-3380 |
| 519877329 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2023 20:37:52 | Capital One Bank (USA) N.A., Attn: Bankruptcy Department, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519877330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2023 20:49:51 | Capital One Bank USA N.A., Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 23-12644-JNP    Doc 26    Filed 05/10/23    Entered 05/11/23 00:14:09    Desc Imaged
                               Certificate of Notice    Page 10 of 14

| District/off: 0312-1 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: pdf901 | Total Noticed: 152 |

| | | | | |
|---|---|---|---|---|
| 519877333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2023 20:49:56 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519877334 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2023 20:35:00 | Comenity Bank/Express, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519877335 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2023 20:35:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519877336 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2023 20:35:00 | Comenity/Cb//Prcpgd, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519877337 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2023 20:35:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519877346 | + | Email/Text: bankruptcy@sccompanies.com | May 08 2023 20:35:00 | Country Door/Swiss Colony, Attn: Bankruptcy Dept, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519877347 | + | Email/Text: BKY@creditorsbureau.com | May 08 2023 20:34:00 | Creditor's Bureau USA, 757 L Street, Fresno, CA 93721-2998 |
| 519877388 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2023 20:38:18 | Macys/fdsb, Attn: Bankruptcy Dept, 9111 Duke Boulevard, Mason, OH 45040 |
| 519883973 | | Email/Text: mrdiscen@discover.com | May 08 2023 20:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519877349 | + | Email/Text: mrdiscen@discover.com | May 08 2023 20:33:00 | Discover Financial, Attn: Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 519877351 | | Email/Text: operationsclerk@easypayfinance.com | May 08 2023 20:33:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy Dept, Po Box 2549, Carlsbad, CA 92018 |
| 519905748 | | Email/Text: ECMCBKNotices@ecmc.org | May 08 2023 20:35:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 519877360 | | Email/Text: BNSFS@capitalsvcs.com | May 08 2023 20:34:00 | First Savings Bank/CCS, Attn: Bankruptcy Dept, P.O. Box 5019, Sioux Falls, SD 57117 |
| 519877361 | | Email/Text: Bankruptcy@FMAAlliance.com | May 08 2023 20:34:00 | FMA Alliance, Ltd, Re: Upstart Funding, 12339 Cutten Road, Houston, TX 77066 |
| 519895657 | | Email/Text: EBNBKNOT@ford.com | May 08 2023 20:35:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519877355 | + | Email/Text: bnc-bluestem@quantum3group.com | May 08 2023 20:35:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy Dept, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519877356 | + | Email/Text: bankruptcy@firstelectronic.com | May 08 2023 20:35:00 | First Electronic Bank, Attn: Bankruptcy Dept, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519877359 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 08 2023 20:49:49 | First Premier Bank, Attn: Bankruptcy Dept, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519877363 | + | Email/Text: EBNBKNOT@ford.com | May 08 2023 20:35:00 | Ford Motor Credit, POB 542000, Omaha, NE 68154-8000 |
| 519877364 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 08 2023 20:34:00 | Fortiva/Tbom/Atls/Thd, Attn: Bankruptcy Dept, Po Box 105555, Atlanta, GA 30348-5555 |
| 519877366 | | Email/Text: bnc-bluestem@quantum3group.com | May 08 2023 20:35:00 | Gettington.com, PO Box 1500, Saint Cloud, MN 56395-1500 |
| 519877365 | + | Email/Text: bnc-bluestem@quantum3group.com | May 08 2023 20:35:00 | Gettington.com, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 519877369 | | Email/Text: Bankruptcy@ICSystem.com | May 08 2023 20:34:00 | IC Systems Inc., P O Box 64378, Saint Paul, MN 55164-0378 |
| 519877370 | + | Email/Text: Bankruptcy@ICSystem.com | May 08 2023 20:34:00 | IC Systems Inc., 444 Hwy 96 E, Saint Paul, MN 55127-2557 |
| 519877371 | + | Email/Text: Bankruptcy@ICSystem.com | | |

Case 23-12644-JNP    Doc 26    Filed 05/10/23    Entered 05/11/23 00:14:09    Desc Imaged
                          Certificate of Notice    Page 11 of 14

| District/off: 0312-1 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: May 08, 2023 | Form ID: pdf901 | Total Noticed: 152 |

| | | | | |
|---|---|---|---|---|
| | | | May 08 2023 20:34:00 | IC Systems, Inc, Attn: Bankruptcy Dept, Po Box 64378, St. Paul, MN 55164-0378 |
| 519877372 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2023 20:34:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519877378 | | Email/Text: govtaudits@labcorp.com | May 08 2023 20:34:00 | Labcorp, Attn: Patient Billing/Bankruptcy Dept, Re: 54957291, PO Box 2240, Burlington, NC 27216-2240 |
| 519877382 | | Email/Text: ktramble@lendmarkfinancial.com | May 08 2023 20:33:00 | Lendmark, 2118 Usher Street, Covington, GA 30014 |
| 519877381 | | Email/Text: ktramble@lendmarkfinancial.com | May 08 2023 20:33:00 | Lendmark, Attn: Bankruptcy Dept, 2118 Usher Street, Covington, GA 30014 |
| 519877384 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 20:38:16 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 519877385 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 20:38:00 | LVNV Funding LLC, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 519877386 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 20:38:19 | LVNV Funding LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519882629 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 20:38:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519877387 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 20:38:18 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy Dept, PO Box 10497, Greenville, SC 29603-0497 |
| 519877379 | + | Email/Text: Documentfiling@lciinc.com | May 08 2023 20:34:00 | Lending Club, Attn: Bankruptcy Dept, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519877380 | + | Email/Text: Documentfiling@lciinc.com | May 08 2023 20:34:00 | Lending Club, Attn: Bankruptcy Department, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 519877389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 08 2023 20:38:20 | Macys/fdsb/cbna, Attn: Bankruptcy Dept, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 519877390 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 08 2023 20:34:00 | Mercury/FBT, Attn: Bankruptcy Dept, Po Box 84064, Columbus, GA 31908-4064 |
| 519877391 | + | Email/Text: bankruptcy@sccompanies.com | May 08 2023 20:35:00 | Midnight Velvet/Montgomery Ward, Attn: Bankruptcy Dept, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519877392 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 08 2023 20:49:50 | Ollo Card Services/Ally, Attn: Bankruptcy Dept, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519877393 | + | Email/PDF: cbp@onemainfinancial.com | May 08 2023 20:38:04 | OneMain Financial, Attn: Bankruptcy Dept, Po Box 3251, Evansville, IN 47731-3251 |
| 519904242 | | Email/Text: bankruptcies@penncredit.com | May 08 2023 20:34:00 | Penn Credit Corporation, 2800 Commerce Drive, P O Box 69703, Harrisburg, PA 17110 |
| 519877398 | | Email/Text: Bankruptcy.Notices@pnc.com | May 08 2023 20:34:00 | Pnc Mortgage, Attn: Bankruptcy Dept, Po Box 8819, Dayton, OH 45401 |
| 519877400 | | Email/Text: signed.order@pfwattorneys.com | May 08 2023 20:34:00 | Pressler, Felt & Warshaw, L.L.P., Attn: Theologia Papadelias, Esq., Re: DC 007746-22, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519877399 | | Email/Text: signed.order@pfwattorneys.com | May 08 2023 20:34:00 | Pressler, Felt & Warshaw, L.L.P., Re: DC-007746-22, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519877402 | + | Email/Text: clientservicesny@pcbinc.org | May 08 2023 20:34:00 | Professional Claims Bureau, LLC, Re: 0021000513, 439 Oak St,, Garden City, NY 11530-6453 |
| 519877405 | ^ | MEBN | May 08 2023 20:29:49 | Quality Asset Recovery, Re: Cooper Health |

| Recipient # | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| | | | System, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519877404 | ^ MEBN | May 08 2023 20:29:43 | Quality Asset Recovery, Attn: Bankruptcy Dept, Re: Cooper Health System, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519877406 | + Email/Text: BankruptcyMail@questdiagnostics.com | May 08 2023 20:35:00 | Quest Diagnostics Incorporated, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 519877407 | + Email/Text: ngisupport@radiusgs.com | May 08 2023 20:34:00 | Radius Global Solutions, Re: 002-75306913, 9550 Regency Square Blvd. Suite 500A, Jacksonville, FL 32225-8116 |
| 519877408 | + Email/Text: ngisupport@radiusgs.com | May 08 2023 20:34:00 | Radius Global Solutions LLC, Re: 002-75306913, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 519877409 | + Email/Text: ngisupport@radiusgs.com | May 08 2023 20:34:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519877411 | + Email/Text: clientservices@remexinc.com | May 08 2023 20:34:00 | Remex Inc., Attn: Bankruptcy Dept, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519877412 | + Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 20:38:18 | Resurgent Capital Services, Attn: Bankruptcy Dept, Po Box 10497, Greenville, SC 29603-0497 |
| 519877413 | + Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 20:37:49 | Resurgent Capital Services, Suite 110 MS576, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519877414 | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 20:38:19 | Resurgent Capital Services, P O Box 10497, Greenville, SC 29603-0497 |
| 519877424 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 09 2023 09:31:00 | State of NJ Division of Taxation, Attn: Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519877416 | + Email/PDF: pa_dc_claims@navient.com | May 08 2023 20:38:16 | Sallie Mae, Inc, Attn: Bankruptcy Dept, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519877417 | + Email/Text: bankruptcy@savit.com | May 08 2023 20:35:00 | Savit Collection Agency, Attn: Bankruptcy Dept, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519877418 | Email/Text: bankruptcy@savit.com | May 08 2023 20:35:00 | Savit Collection Agency, Re: D97202, PO Box 250, East Brunswick, NJ 08816-0250 |
| 519877423 | + Email/PDF: cbp@onemainfinancial.com | May 08 2023 20:37:44 | Springleaf Fin Srvcs F, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 519877426 | + Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:49:54 | Syncb/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877427 | + Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:50:06 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877428 | + Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:38:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519877429 | + Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:37:57 | Synchrony Bank/JCPenney, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877430 | + Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:50:02 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877432 | + Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:38:15 | Synchrony Bank/Sams, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877433 | + Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:38:00 | Synchrony Bank/TJX/Cos, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519877435 | + Email/Text: ECMCBKNotices@ecmc.org | May 08 2023 20:35:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy Dept, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 519877436 | Email/Text: bknotice@upgrade.com | May 08 2023 20:33:00 | Upgrade, Inc., Attn: Bankruptcy Dept, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

| | | | |
|---|---|---|---|
| Case 23-12644-JNP | Doc 26 | Filed 05/10/23 | Entered 05/11/23 00:14:09 Desc Imaged |
| | Certificate of Notice | Page 13 of 14 | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 6 of 7 |
| Date Rcvd: May 08, 2023 | Form ID: pdf901 | Total Noticed: 152 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519904246 | + | Email/Text: usanj.njbankr@usdoj.gov May 08 2023 20:35:00 | | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 519904247 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu May 08 2023 20:35:00 | | University of Pennsylvania Hospital /, Univ. of Penn Health System, Attn: Patient Billing, 3400 Spruce Street, Philadelphia, PA 19104-4238 |
| 519877437 | + | Email/Text: LCI@upstart.com May 08 2023 20:34:00 | | Upstart Finance, Attn: Bankruptcy Dept, Po Box 1503, San Carlos, CA 94070-7503 |
| 519882609 | ^ | MEBN May 08 2023 20:29:42 | | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519877441 | | Email/Text: bankruptcynotices@vivecard.com May 08 2023 20:34:00 | | Vive Financial, Attn: Bankruptcy Dept, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 519877442 | + | Email/Text: bnc-bluestem@quantum3group.com May 08 2023 20:35:00 | | Webbank/Gettington, Attn: Bankruptcy Dept, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519877445 | ^ | MEBN May 08 2023 20:28:42 | | Westlake Portfolio Management, LLC, Attn: Bankruptcy Dept, Po Box 76809, Los Angeles, CA 90076-0809 |
| 519898675 | + | Email/PDF: resurgentbknotifications@resurgent.com May 08 2023 20:38:24 | | Westlake Services, LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 92

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 10, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| S. Daniel Hutchison | on behalf of Joint Debtor Christina M Fareri sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 7 of 7 |
| Date Rcvd: May 08, 2023 | Form ID: pdf901 | Total Noticed: 152 |

S. Daniel Hutchison
    on behalf of Debtor Eric D Fareri sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6