Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−12644−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric D Fareri                                Christina M Fareri
321 Bergen Avenue                  321 Bergen Avenue
Bellmawr, NJ 08031                   Bellmawr, NJ 08031

Social Security No.:
xxx−xx−0527                              xxx−xx−6334

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 8, 2023.

Dated: June 8, 2023
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-12644-JNP
Eric D Fareri  Chapter 13
Christina M Fareri
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 7
Date Rcvd: Jun 08, 2023      Form ID: plncf13      Total Noticed: 159

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric D Fareri, Christina M Fareri, 321 Bergen Avenue, Bellmawr, NJ 08031-1635 |
| 519877314 | + | Advocare Allergy and Asthma, Re: 1118264, 409 Kings Highway South, Cherry Hill, NJ 08034-2512 |
| 519877313 | | Advocare Allergy and Asthma, Re: 1118264, E Main Street, Marlton, NJ 08053 |
| 519877315 | + | Advocare Olivio Dermatology Center, Re: 1118264, 201 Haddon Ave., Haddon Township, NJ 08108-2860 |
| 519877322 | + | Andrew Sklar, Esq., Re: CAM SC-001297-19, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 519877324 | | Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 519904240 | + | Attorney General, United States Department of Jusitce, Ben Franklin Station, P O Box 683, Washington, DC 20044-0683 |
| 519877327 | + | Bromley Neurology PC, 739 S. White Horse Pike Suite # 1, Audubon, NJ 08106-1659 |
| 519877328 | | Bromley Neurology PC, Attn 25115W, PO Box 14000, Belfast, ME 04915-4033 |
| 519877331 | + | Children Hospital of Philadelphia, PO Box 788017, Philadelphia, PA 19178-8017 |
| 519877332 | + | Childrens Hospital of Philadelphia, Attn: Patient Billing, 3401 Civic Center Blvd., Philadelphia, PA 19104-4319 |
| 519877338 | + | Complete Collection Service, Re: 88810975187, 1007 N. Federal Hwy, #280, Fort Lauderdale, FL 33304-1422 |
| 519877340 | + | Cooper University Health Care, ATTN Patient Billing / Bankruptcy Dept, Re: # 2451534, One Cooper Plaza, Camden, NJ 08103-1461 |
| 519877339 | + | Cooper University Health Care, ATTN Patient Billing / Bankruptcy Dept, Re: #1344694, One Cooper Plaza, Camden, NJ 08103-1461 |
| 519877341 | + | Cooper University Health Care, ATTN Patient Billing / Bankruptcy Dept, Re: #2410070, One Cooper Plaza, Camden, NJ 08103-1461 |
| 519877343 | + | Cooper University Health Care, Attn: Patient Billing, Re: # 2451534, PO Box 2090, Morrisville, NC 27560-2090 |
| 519877345 | + | Cooper University Health Care, Attn: Patient Billing, Re: #1344694, PO Box 2090, Morrisville, NC 27560-2090 |
| 519877344 | + | Cooper University Health Care, Attn: Patient Billing, Re: #2410070, PO Box 2090, Morrisville, NC 27560-2090 |
| 519877342 | + | Cooper University Health Care, Attn: Patient Billing, Re: 1344694, PO Box 2090, Morrisville, NC 27560-2090 |
| 519877348 | | Diamond Resorts Financial Services, PO Box 8758, Pompano Beach, FL 33075-8758 |
| 519937836 | + | Diamond Resorts U.S. Collection Development, LLC, 6355 Metrowest Blvd., Suite 180, Orlando, FL 32835-7606 |
| 519877350 | + | Dr. Enrico A Marcelli, DO, 63 Kresson Road, Cherry Hill, NJ 08034-3200 |
| 519877352 | + | Express Claims, Inc., 2360 Lakewood Road, Toms River, NJ 08755-1929 |
| 519877353 | | Express Claims, Inc., 5105 Route 33, 2nd Floor, Suite G, Farmingdale, NJ 07727-4004 |
| 519877354 | + | Fed Loan Servicing, Attn: Bankruptcy Dept, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519877357 | + | First Electronic Bank/gfscs, Attn: Bankruptcy Dept, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519877358 | + | First National Bank/Legacy/Ccs, Attn: Bankruptcy Dept, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 519877362 | + | Foot & Ankle Center, Ganttown Professional Plaza, 438 Ganttown Rd, Ste B4, Sewell, NJ 08080-1887 |
| 519877367 | + | Goldman & Warshaw P.C., Re: DC-000376-09, PO Box 2500, Caldwell, NJ 07007-2500 |
| 519877368 | + | Goldman & Warshaw PC, Re: DC-000376-09, 34 Maple Ave. Suite 101, Pine Brook, NJ 07058-9394 |
| 519904241 | + | ISN Corporation, Attn: Kaitlyn Rush, Default Specialist, 2000 N. Classen Blvd., Suite 3200, Oklahoma City, OK 73106-6034 |
| 519877373 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 519877374 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 519877376 | + | Jefferson Health, Attn: Patient Accounts, 615 Chestnut Street, 14th Floor, Philadelphia, PA 19106-4495 |
| 519877375 | + | Jefferson Health, Att: Billing/Bankruptcy Dept., 111 South 11th Street, Philadelphia, PA 19107-4824 |
| 519877383 | + | LVNV Funding, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 519877377 | | Labcorp, Attn: Paitent Billing, Re: 54957291, 531 Maple Ave., Burlington, NC 27215 |
| 519877394 | | Optum Medical Care of NJ PC, Re: 450408091, PO Box 95000-7510, Philadelphia, PA 19195-7510 |
| 519877403 | | PSE&G, Attn: Bankruptcy Dept. and/or, Julianna Lambert, Spec. Credit & Collect, P O Box 709, Newark, NJ 07101-0709 |
| 519877395 | | Pastemack Pediatric Dental, 1 Britton Place, Suite 11, Voorhees, NJ 08043-2514 |
| 519877397 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519877396 | | Penn Medicine, UPHS Physicians Patient Pay, P O Box 8244406, Philadelphia, PA 19182-4406 |
| 519877401 | | ProCo, Re: Rothman Account, 700 Turner Way, Suite 160, Aston, PA 19014 |

Case 23-12644-JNP　Doc 34　Filed 06/10/23　Entered 06/11/23 00:19:46　Desc Imaged
Certificate of Notice　Page 3 of 8

| District/off: 0312-1 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: plncf13 | Total Noticed: 159 |

| | | |
|---|---|---|
| 519904243 | + | Rancocas Anesthesiology, 201 Route 17 North, 8th Floor, Rutherford, NJ 07070-2597 |
| 519904244 | | Rancocas Anethesiology PA, P O Box 4603, Lancaster, PA 17604-4603 |
| 519877410 | | Reconstructive Orthopedics PA, 4A Eves Drive, Suite 100, Marlton, NJ 08053 |
| 519877415 | + | Rothman Institute, Attn: Bankruptcy Department, 925 Chestnut St. 5th floor, Philadelphia, PA 19107-4290 |
| 519877419 | | Slomin's Inc, Attn: Customer Billing/Bankruptcy Dept, PO Box 1886, Hicksville, NY 11802-1886 |
| 519877420 | + | South Jerse Radiology Assoc, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519877421 | + | South Jersey Radiology Assoc, Re: CAM SC-001297-19, PO Box 1710, Voorhees, NJ 08043-7710 |
| 519877422 | + | South Jersey Radiology Associates, Attn: Patient Billing, 1307 White Horse Road, Ste A102, Voorhees, NJ 08043-2100 |
| 519877425 | + | Summit Surgical Center, 200 Bowman Drive, Suite D160, Voorhees, NJ 08043-9633 |
| 519877431 | + | Synchrony Bank/Network/HHGregg, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877434 | + | Trugreen, Re: 7006444128, 1790 Kirby Pkwy, Suite 300, Germantown, TN 38138-7411 |
| 519904245 | + | U.S. Department of Housing and Urban Dev, Attn: Marcia Fudge, Secretary, 40 Marietta Street, Atlanta, GA 30303-2812 |
| 519878038 | + | U.S. Department of Housing and Urban Development, 40 Marietta Street, Atlanta, GA 30303-2812 |
| 519877439 | + | Virtua, Re: 2104117622, PO Box 71430, Philadelphia, PA 19176-1426 |
| 519877438 | + | Virtua, Attn: Bankruptcy Department, 303 Lippincott Drive, Marlton, NJ 08053-4160 |
| 519877440 | + | Virtua Health Systems, Attn: Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054-3920 |
| 519877443 | + | Webbank/Gettington Credit Card, Attn: Bankruptcy Dept, PO Box 1250, Saint Cloud, MN 56395-0001 |
| 519877444 | + | West Jersey Aesthesia Assoc, Re: WJA 265986, 1000 White Horse Road, Suite 204, Voorhees, NJ 08043-4408 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519877319 | ^ | MEBN | Jun 08 2023 21:03:28 | AMCOL Systems, Inc., Re: 50081723, PO Box 21625, Columbia, SC 29221-1625 |
| 519877318 | ^ | MEBN | Jun 08 2023 21:03:29 | AMCOL Systems, Inc., Re: 38917855, PO Box21625, Columbia, SC 29221-1625 |
| 519877316 | + | Email/Text: backoffice@affirm.com | Jun 08 2023 21:05:00 | Affirm, Inc., Attn: Bankruptcy Dept, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519904233 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2023 21:10:40 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519877317 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 08 2023 21:04:00 | Ally Financial, Inc, Attn: Bankruptcy Dept, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519877321 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 08 2023 21:04:00 | AmeriCredit/GM Financial, Attn: Bankruptcy Dept, Po Box 183853, Arlington, TX 76096-3853 |
| 519877320 | + | Email/PDF: bncnotices@becket-lee.com | Jun 08 2023 21:21:55 | American First Finance/Finwise, Attn: Bankruptcy Dept, Po Box 565848, Dallas, TX 75356-5848 |
| 519877323 | ^ | MEBN | Jun 08 2023 21:04:40 | Arcadia Recovery Bureau LLC, PO Box 6768, Reading, PA 19610-0768 |
| 519877325 | + | Email/Text: rperez@arcadiarecovery.com | Jun 08 2023 21:05:00 | Arcadia Recovery Bureau LLC, 645 Penn St. 4th floor, Reading, PA 19601-3559 |
| 519877326 | + | Email/Text: bk@avant.com | Jun 08 2023 21:05:00 | Avant, Attn: Bankruptcy Dept, Po Box 9183380, Chicago, IL 60691-3380 |
| 519877329 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2023 21:22:01 | Capital One Bank (USA) N.A., Attn: Bankruptcy Department, 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519877330 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2023 21:21:45 | Capital One Bank USA N.A., Attn: Bankruptcy Dept, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519877333 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 21:10:47 | Citibank/The Home Depot, Citicorp Credit |

Case 23-12644-JNP    Doc 34    Filed 06/10/23    Entered 06/11/23 00:19:46    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-1 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: plncf13 | Total Noticed: 159 |

| | | | | |
|---|---|---|---|---|
| | | | | Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519877334 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | Comenity Bank/Express, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519877335 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519877336 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | Comenity/Cb//Prcpgd, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519877337 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 08 2023 21:05:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519877346 | + | Email/Text: bankruptcy@sccompanies.com | Jun 08 2023 21:05:00 | Country Door/Swiss Colony, Attn: Bankruptcy Dept, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519877347 | + | Email/Text: BKY@creditorsbureau.com | Jun 08 2023 21:04:00 | Creditor's Bureau USA, 757 L Street, Fresno, CA 93721-2998 |
| 519877388 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 21:21:45 | Macys/fdsb, Attn: Bankruptcy Dept, 9111 Duke Boulevard, Mason, OH 45040 |
| 519883973 | | Email/Text: mrdiscen@discover.com | Jun 08 2023 21:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519877349 | + | Email/Text: mrdiscen@discover.com | Jun 08 2023 21:04:00 | Discover Financial, Attn: Bankruptcy Dept, Po Box 3025, New Albany, OH 43054-3025 |
| 519877351 | | Email/Text: operationsclerk@easypayfinance.com | Jun 08 2023 21:04:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy Dept, Po Box 2549, Carlsbad, CA 92018 |
| 519905748 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 08 2023 21:05:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 519877360 | | Email/Text: BNSFS@capitalsvcs.com | Jun 08 2023 21:04:00 | First Savings Bank/CCS, Attn: Bankruptcy Dept, P.O. Box 5019, Sioux Falls, SD 57117 |
| 519877361 | | Email/Text: Bankruptcy@FMAAlliance.com | Jun 08 2023 21:04:00 | FMA Alliance, Ltd, Re: Upstart Funding, 12339 Cutten Road, Houston, TX 77066 |
| 519895657 | | Email/Text: EBNBKNOT@ford.com | Jun 08 2023 21:05:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519920015 | | Email/PDF: bncnotices@becket-lee.com | Jun 08 2023 21:21:57 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 519877355 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 08 2023 21:05:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy Dept, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519877356 | + | Email/Text: bankruptcy@firstelectronic.com | Jun 08 2023 21:05:00 | First Electronic Bank, Attn: Bankruptcy Dept, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519877359 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 08 2023 21:11:20 | First Premier Bank, Attn: Bankruptcy Dept, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519877363 | + | Email/Text: EBNBKNOT@ford.com | Jun 08 2023 21:05:00 | Ford Motor Credit, POB 542000, Omaha, NE 68154-8000 |
| 519877364 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 08 2023 21:04:00 | Fortiva/Tbom/Atls/Thd, Attn: Bankruptcy Dept, Po Box 105555, Atlanta, GA 30348-5555 |
| 519877366 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 08 2023 21:05:00 | Gettington.com, PO Box 1500, Saint Cloud, MN 56395-1500 |
| 519877365 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 08 2023 21:05:00 | Gettington.com, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 519877369 | | Email/Text: Bankruptcy@ICSystem.com | Jun 08 2023 21:04:00 | IC Systems Inc., P O Box 64378, Saint Paul, MN 55164-0378 |
| 519877370 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 08 2023 21:04:00 | IC Systems Inc., 444 Hwy 96 E, Saint Paul, MN 55127-2557 |

Case 23-12644-JNP    Doc 34    Filed 06/10/23    Entered 06/11/23 00:19:46    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-1 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: plncf13 | Total Noticed: 159 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519877371 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 08 2023 21:04:00 | IC Systems, Inc, Attn: Bankruptcy Dept, Po Box 64378, St. Paul, MN 55164-0378 |
| 519877372 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2023 21:04:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519877378 | | Email/Text: govtaudits@labcorp.com | Jun 08 2023 21:04:00 | Labcorp, Attn: Patient Billing/Bankruptcy Dept, Re: 54957291, PO Box 2240, Burlington, NC 27216-2240 |
| 519877382 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 08 2023 21:04:00 | Lendmark, 2118 Usher Street, Covington, GA 30014 |
| 519877381 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 08 2023 21:04:00 | Lendmark, Attn: Bankruptcy Dept, 2118 Usher Street, Covington, GA 30014 |
| 519877384 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 21:11:06 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 519877385 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 21:21:42 | LVNV Funding LLC, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 519877386 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 21:21:43 | LVNV Funding LLC, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 519882629 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 21:21:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519877387 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 21:11:26 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy Dept, PO Box 10497, Greenville, SC 29603-0497 |
| 519877379 | + | Email/Text: Documentfiling@lciinc.com | Jun 08 2023 21:04:00 | Lending Club, Attn: Bankruptcy Dept, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519877380 | + | Email/Text: Documentfiling@lciinc.com | Jun 08 2023 21:04:00 | Lending Club, Attn: Bankruptcy Department, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 519877389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 21:11:24 | Macys/fdsb/cbna, Attn: Bankruptcy Dept, 9111 Duke Boulevard, Mason, OH 45040-8999 |
| 519877390 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 08 2023 21:04:00 | Mercury/FBT, Attn: Bankruptcy Dept, Po Box 84064, Columbus, GA 31908-4064 |
| 519877391 | + | Email/Text: bankruptcy@sccompanies.com | Jun 08 2023 21:05:00 | Midnight Velvet/Montgomery Ward, Attn: Bankruptcy Dept, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519877392 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 08 2023 21:11:21 | Ollo Card Services/Ally, Attn: Bankruptcy Dept, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 519877393 | + | Email/PDF: cbp@onemainfinancial.com | Jun 08 2023 21:22:01 | OneMain Financial, Attn: Bankruptcy Dept, Po Box 3251, Evansville, IN 47731-3251 |
| 519904242 | | Email/Text: bankruptcies@penncredit.com | Jun 08 2023 21:04:00 | Penn Credit Corporation, 2800 Commerce Drive, P O Box 69703, Harrisburg, PA 17110 |
| 519877398 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2023 21:04:00 | Pnc Mortgage, Attn: Bankruptcy Dept, Po Box 8819, Dayton, OH 45401 |
| 519913032 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 08 2023 21:04:00 | PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519939680 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2023 21:21:49 | Portfolio Recovery Associates, LLC, c/o Home Depot, POB 41067, Norfolk VA 23541 |
| 519877400 | | Email/Text: signed.order@pfwattorneys.com | Jun 08 2023 21:04:00 | Pressler, Felt & Warshaw, L.L.P., Attn: Theologia Papadelias, Esq., Re: DC 007746-22, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519877399 | | Email/Text: signed.order@pfwattorneys.com | Jun 08 2023 21:04:00 | Pressler, Felt & Warshaw, L.L.P., Re: DC-007746-22, 7 Entin Road, Parsippany, NJ |

Case 23-12644-JNP    Doc 34    Filed 06/10/23    Entered 06/11/23 00:19:46    Desc Imaged
                                Certificate of Notice    Page 6 of 8

| District/off: 0312-1 | User: admin | Page 5 of 7 |
| --- | --- | --- |
| Date Rcvd: Jun 08, 2023 | Form ID: plncf13 | Total Noticed: 159 |

| | | | |
| --- | --- | --- | --- |
| | | | 07054-5020 |
| 519877397 | ^ MEBN | | |
| | | Jun 08 2023 21:05:08 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 519877396 | ^ MEBN | | |
| | | Jun 08 2023 21:05:09 | Penn Medicine, UPHS Physicians Patient Pay, P O Box 8244406, Philadelphia, PA 19182-4406 |
| 519877402 | + Email/Text: clientservicesny@pcbinc.org | | |
| | | Jun 08 2023 21:04:00 | Professional Claims Bureau, LLC, Re: 0021000513, 439 Oak St,, Garden City, NY 11530-6453 |
| 519877405 | ^ MEBN | | |
| | | Jun 08 2023 21:04:59 | Quality Asset Recovery, Re: Cooper Health System, 7 Foster Avenue, Gibbsboro, NJ 08026-1191 |
| 519877404 | ^ MEBN | | |
| | | Jun 08 2023 21:04:54 | Quality Asset Recovery, Attn: Bankruptcy Dept, Re: Cooper Health System, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519933756 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 08 2023 21:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519933765 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 08 2023 21:05:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519933766 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 08 2023 21:05:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519877406 | + Email/Text: BankruptcyMail@questdiagnostics.com | | |
| | | Jun 08 2023 21:05:00 | Quest Diagnostics Incorporated, 500 Plaza Drive, Secaucus, NJ 07094-3656 |
| 519877407 | + Email/Text: ngisupport@radiusgs.com | | |
| | | Jun 08 2023 21:04:00 | Radius Global Solutions, Re: 002-75306913, 9550 Regency Square Blvd. Suite 500A, Jacksonville, FL 32225-8116 |
| 519877408 | + Email/Text: ngisupport@radiusgs.com | | |
| | | Jun 08 2023 21:04:00 | Radius Global Solutions LLC, Re: 002-75306913, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 519877409 | + Email/Text: ngisupport@radiusgs.com | | |
| | | Jun 08 2023 21:04:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519877411 | + Email/Text: clientservices@remexinc.com | | |
| | | Jun 08 2023 21:04:00 | Remex Inc., Attn: Bankruptcy Dept, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519877412 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 08 2023 21:10:50 | Resurgent Capital Services, Attn: Bankruptcy Dept, Po Box 10497, Greenville, SC 29603-0497 |
| 519877413 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 08 2023 21:11:25 | Resurgent Capital Services, Suite 110 MS576, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519877414 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 08 2023 21:10:48 | Resurgent Capital Services, P O Box 10497, Greenville, SC 29603-0497 |
| 519877424 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Jun 08 2023 21:04:00 | State of NJ Division of Taxation, Attn: Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519877416 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Jun 08 2023 21:10:44 | Sallie Mae, Inc, Attn: Bankruptcy Dept, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519877417 | + Email/Text: bankruptcy@savit.com | | |
| | | Jun 08 2023 21:05:00 | Savit Collection Agency, Attn: Bankruptcy Dept, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519877418 | Email/Text: bankruptcy@savit.com | | |
| | | Jun 08 2023 21:05:00 | Savit Collection Agency, Re: D97202, PO Box 250, East Brunswick, NJ 08816-0250 |
| 519877423 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Jun 08 2023 21:21:47 | Springleaf Fin Srvcs F, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 519877426 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 08 2023 21:21:44 | Syncb/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877427 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 08 2023 21:21:52 | Synchrony Bank/American Eagle, Attn: |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877428 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2023 21:21:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519877429 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2023 21:21:41 | Synchrony Bank/JCPenney, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877430 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2023 21:10:51 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877432 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2023 21:21:43 | Synchrony Bank/Sams, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519877433 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 08 2023 21:21:48 | Synchrony Bank/TJX/Cos, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519877435 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 08 2023 21:05:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy Dept, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 519877436 | | Email/Text: bknotice@upgrade.com | Jun 08 2023 21:04:00 | Upgrade, Inc., Attn: Bankruptcy Dept, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 519904246 | + | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2023 21:05:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
| 519904247 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Jun 08 2023 21:05:00 | University of Pennsylvania Hospital /, Univ. of Penn Health System, Attn: Patient Billing, 3400 Spruce Street, Philadelphia, PA 19104-4238 |
| 519877437 | + | Email/Text: LCI@upstart.com | Jun 08 2023 21:04:00 | Upstart Finance, Attn: Bankruptcy Dept, Po Box 1503, San Carlos, CA 94070-7503 |
| 519882609 | ^ | MEBN | Jun 08 2023 21:04:50 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519877441 | | Email/Text: bankruptcynotices@vivecard.com | Jun 08 2023 21:04:00 | Vive Financial, Attn: Bankruptcy Dept, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 519877442 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 08 2023 21:05:00 | Webbank/Gettington, Attn: Bankruptcy Dept, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519877445 | ^ | MEBN | Jun 08 2023 21:03:04 | Westlake Portfolio Management, LLC, Attn: Bankruptcy Dept, Po Box 76809, Los Angeles, CA 90076-0809 |
| 519898675 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 21:11:00 | Westlake Services, LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 100

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519920016 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 519913033 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, NA., Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 23-12644-JNP    Doc 34    Filed 06/10/23    Entered 06/11/23 00:19:46    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0312-1 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: plncf13 | Total Noticed: 159 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| S. Daniel Hutchison | on behalf of Joint Debtor Christina M Fareri sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| S. Daniel Hutchison | on behalf of Debtor Eric D Fareri sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6