UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Eric Fareri & Christina Fareri,

Debtors.

Case No.:        23-12644-JNP

Chapter:              13

Hearing Date:     08/20/2024

Judge:              Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief re: 321 Bergen Avenue, Bellmawr, NJ (Docket # 41)

_____

Date: 08/14/2024                            /s/ Denise Carlon
                                            Signature

*rev.8/1/15*