## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**In RE:**

ERIC D FARERI

CHRISTINA M FARERI

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 6

**Case Number:** 23-12644

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Ford Motor Credit Company, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only     ☐ Payment only     ☑ Notice & Payment

**NOTICE ADDRESS**

FROM:

Ford Motor Credit Company, LLC

P.O. Box 62180

Colorado Springs, CO 80962

TO:

Ford Motor Credit Company, LLC

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**PAYMENT ADDRESS**

FROM:

Ford Motor Credit Company, LLC

Dept 55953 P.O. Box 55000

Detroit, MI 48255

TO:

Ford Motor Credit Company, LLC

PO Box 650004

Dallas, TX 75265-0004

Date: 12/20/2024

/s/ Shreyansh Gandhi

Creditor's Authorized Agent for Ford Motor Credit Company, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**In RE:**

ERIC D FARERI
CHRISTINA M FARERI
**Debtor(s)**

**Chapter:** 13

**Case Number:** 23-12644

## Certificate of Service

I certify that on 12/20/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
S DANIEL HUTCHISON
SDHTEAMLAW@OUTLOOK.COM

Trustee
ISABEL C BALBOA
ecfmail@standingtrustee.com

/s/ Shreyansh Gandhi
Shreyansh Gandhi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
833-965-2361
ECFNotices@aisinfo.com