Printed on: 12/31/2024  Page 1 of 4
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-12644 (JNP)

Eric D. Fareri and Christina M. Fareri
321 Bergen Avenue
Bellmawr, NJ  08031

Monthly Payment: $613.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/2024 | $596.00 | 02/14/2024 | $596.00 | 03/14/2024 | $596.00 | 04/15/2024 | $596.00 |
| 05/14/2024 | $596.00 | 06/14/2024 | $596.00 | 07/15/2024 | $596.00 | 08/14/2024 | $596.00 |
| 09/16/2024 | $613.00 | 10/15/2024 | $613.00 | 11/15/2024 | $613.00 | 12/16/2024 | $613.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ERIC D. FARERI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $4,236.12 |
| 1 | AMCOL SYSTEMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMCOL SYSTEMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ADVOCARE ALLERGY AND ASTHMA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ADVOCARE ALLERGY AND ASTHMA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ADVOCARE OLIVIO DERMATOLOGY CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | AFFIRM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | AMERICREDIT FINANCIAL SERVICES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | FINWISE BANK | 24 | $670.28 | $324.25 | $346.03 | $0.00 |
| 10 | ANDREW SKLAR, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ARCADIA RECOVERY BUREAU LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ARCADIA RECOVERY BUREAU LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ARCADIA RECOVERY BUREAU LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | AVANT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | BROMLEY NEUROLOGY PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | BROMLEY NEUROLOGY PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | CAPITAL ONE BANK (USA) N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE BANK USA N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CHILDREN HOSPITAL OF PHILADELPHIA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CHILDRENS HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,020.52 | $0.00 | $1,020.52 | $0.00 |
| 22 | COMENITY BANK/EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | QUANTUM3 GROUP, LLC | 33 | $288.53 | $0.00 | $288.53 | $0.00 |
| 24 | QUANTUM3 GROUP, LLC | 33 | $358.39 | $0.00 | $358.39 | $0.00 |
| 25 | QUANTUM3 GROUP, LLC | 33 | $844.51 | $0.00 | $844.51 | $0.00 |
| 26 | COMPLETE COLLECTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | COOPER UNIVERSITY HEALTH CARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | COOPER UNIVERSITY HEALTH CARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | COUNTRY DOOR/SWISS COLONY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | CREDITOR'S BUREAU USA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | DISCOVER BANK | 33 | $1,146.04 | $0.00 | $1,146.04 | $0.00 |
| 38 | DR. ENRICO A MARCELLI, DO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | EASY PAY/DUVERA COLLECTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | FINWISE BANK | 24 | $2,410.27 | $1,165.90 | $1,244.37 | $0.00 |
| 41 | EXPRESS CLAIMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | FMA ALLIANCE, LTD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | U.S. DEPARTMENT OF EDUCATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | FINGERHUT FETTI/WEBBANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | FIRST ELECTRONIC BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | FIRST ELECTRONIC BANK/GFSCS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | FIRST NATIONAL BANK/LEGACY/CCS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | FIRST PREMIER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | FIRST SAVINGS BANK/CCS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | FOOT & ANKLE CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | FORD MOTOR CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | FORTIVA/TBOM/ATLS/THD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | GETTINGTON.COM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | GETTINGTON.COM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | GOLDMAN & WARSHAW P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | GOLDMAN & WARSHAW PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | IC SYSTEMS INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | IC SYSTEMS INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | IC SYSTEMS, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | INTERNAL REVENUE SERVICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | JEFFERSON HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | JEFFERSON HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | JEFFERSON HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | JEFFERSON HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | LVNV FUNDING, LLC | 33 | $315.04 | $0.00 | $315.04 | $0.00 |
| 66 | LVNV FUNDING, LLC | 33 | $672.32 | $0.00 | $672.32 | $0.00 |
| 67 | LVNV FUNDING, LLC | 33 | $413.34 | $0.00 | $413.34 | $0.00 |
| 68 | LVNV FUNDING, LLC | 33 | $1,025.05 | $0.00 | $1,025.05 | $0.00 |
| 69 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | LABCORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | LABCORP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,866.27 | $0.00 | $4,866.27 | $0.00 |
| 73 | LENDING CLUB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | LENDMARK FINANCIAL SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | LENDMARK FINANCIAL SERVICES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 76 | MACYS/FDSB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 77 | MACYS/FDSB/CBNA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | QUANTUM3 GROUP, LLC | 33 | $3,358.26 | $0.00 | $3,358.26 | $0.00 |
| 79 | MIDNIGHT VELVET/MONTGOMERY WARD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 4

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-12644 (JNP)

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 80 | OLLO CARD SERVICES/ALLY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | ONEMAIN FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 82 | OPTUM MEDICAL CARE OF NJ PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 83 | PSE&G | 33 | $1,569.83 | $0.00 | $1,569.83 | $0.00 |
| 84 | PASTEMACK PEDIATRIC DENTAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 85 | PENN MEDICINE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 86 | PENN MEDICINE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 87 | PNC BANK, N.A. | 24 | $3,936.86 | $3,936.86 | $0.00 | $0.00 |
| 88 | PRESSLER, FELT & WARSHAW, L.L.P. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 89 | PRESSLER, FELT & WARSHAW, L.L.P. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 90 | PROCO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 91 | PROFESSIONAL CLAIMS BUREAU, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 92 | QUALITY ASSET RECOVERY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 93 | QUALITY ASSET RECOVERY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 94 | QUEST DIAGNOSTICS INCORPORATED | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 95 | RADIUS GLOBAL SOLUTIONS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 96 | RADIUS GLOBAL SOLUTIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 97 | RADIUS GLOBAL SOLUTIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 98 | RECONSTRUCTIVE ORTHOPEDICS PA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 99 | REMEX INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 100 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 101 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 102 | RESURGENT CAPITAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 103 | ROTHMAN INSTITUTE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 104 | SALLIE MAE, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 105 | SAVIT COLLECTION AGENCY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 106 | SAVIT COLLECTION AGENCY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 107 | SLOMIN'S INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 108 | SOUTH JERSE RADIOLOGY ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 109 | SOUTH JERSEY RADIOLOGY ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 110 | SOUTH JERSEY RADIOLOGY ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 111 | SPRINGLEAF FIN SRVCS F | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 112 | STATE OF NJ DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 113 | SUMMIT SURGICAL CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 114 | SYNCB/OLD NAVY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 115 | SYNCHRONY BANK/AMERICAN EAGLE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 116 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $6,045.89 | $0.00 | $6,045.89 | $0.00 |
| 117 | SYNCHRONY BANK/JCPENNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 118 | SYNCHRONY BANK/LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 119 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $846.08 | $0.00 | $846.08 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 120 | SYNCHRONY BANK/SAMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 121 | SYNCHRONY BANK/TJX/COS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 122 | TRUGREEN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 123 | ECMC | 33 | $30,034.97 | $0.00 | $30,034.97 | $0.00 |
| 124 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 125 | UPSTART NETWORK, INC. | 33 | $8,400.41 | $0.00 | $8,400.41 | $0.00 |
| 126 | UPSTART FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 127 | VIRTUA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 128 | VIRTUA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 129 | VIRTUA HEALTH SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 130 | VIVE FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 131 | LVNV FUNDING, LLC | 33 | $717.37 | $0.00 | $717.37 | $0.00 |
| 132 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,462.52 | $0.00 | $3,462.52 | $0.00 |
| 133 | WEST JERSEY AESTHESIA ASSOC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 134 | WESTLAKE SERVICES, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 135 | CHRISTINA M. FARERI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 136 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 137 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 138 | RESURGENT RECEIVABLES, LLC | 33 | $3,912.33 | $0.00 | $3,912.33 | $0.00 |
| 139 | RANCOCAS ANESTHESIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 140 | UNIVERSITY OF PENNSYLVANIA HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 141 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $129.18 | $0.00 | $129.18 | $0.00 |
| 142 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,882.70 | $0.00 | $4,882.70 | $0.00 |
| 143 | PNC BANK, N.A. | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2023 | 16.00 | $0.00 |
| 08/01/2024 | Paid to Date | $10,050.00 |
| 09/01/2024 | 38.00 | $613.00 |
| 11/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,220.00 |
| Total paid to creditors this period: | $4,236.12 |
| Undistributed Funds on Hand: | $551.70 |
| Arrearages: | $0.00 |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**