Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23–12644–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric D Fareri
321 Bergen Avenue
Bellmawr, NJ 08031

Christina M Fareri
321 Bergen Avenue
Bellmawr, NJ 08031

Social Security No.:
xxx–xx–0527

xxx–xx–6334

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            May 13, 2025
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*52* – Certification in Opposition to (related document:51 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 04/24/2025. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by S. Daniel Hutchison on behalf of Christina M Fareri, Eric D Fareri. (Hutchison, S.)

and transact such other business as may properly come before the meeting.


Dated: April 21, 2025
JAN: kvr

Jeanne Naughton
Clerk