| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>PNC Bank, National Association | |
| In Re:<br><br>Eric D. Fareri & Christina M. Fareri,<br><br>Debtors. | Case No.: __23-12644-JNP__<br><br>Chapter: __13__<br><br>Hearing Date: __06/10/2025__<br><br>Judge: __Poslusny__ |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 51)

Date: 06/08/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*