Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23–12644–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric D Fareri | Christina M Fareri |
| 321 Bergen Avenue | 321 Bergen Avenue |
| Bellmawr, NJ 08031 | Bellmawr, NJ 08031 |

Social Security No.:
  xxx–xx–0527                                     xxx–xx–6334

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:               January 20, 2026
Time:              11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*60* – Certification in Opposition to (related document:59 Creditor's Certification of Default (related document:57 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of PNC BANK, NATIONAL ASSOCIATION. Objection deadline is 12/23/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PNC BANK, NATIONAL ASSOCIATION) filed by S. Daniel Hutchison on behalf of Christina M Fareri, Eric D Fareri. (Attachments: # 1 Exhibit) (Hutchison, S.)

and transact such other business as may properly come before the meeting.


Dated: December 28, 2025
JAN: kvr

                                                                                                Jeanne Naughton
                                                                                                 Clerk